

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellant

v.

**LEGEND NATURAL GAS III, LP**; Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to May 14, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT